UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SANTOS ORDUNIZ,**

    **Petitioner,**

v.                                  Case No.  8:05-cv-1094-T-30EAJ
                                     Crim. No. 8:04-cr-164-T-30EAJ

**UNITED STATES OF AMERICA,**

    **Respondent.**
_____/

## **ORDER**

THIS CAUSE came before the Court for an evidentiary hearing on September 25, 2006. After hearing testimony and arguments of the parties, it is

ORDERED AND ADJUDGED that:

1. Petitioner's Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody (§2255) (Dkt. #1) is GRANTED.

2. The Judgment (CR Dkt. #41) entered on September 10, 2004, is hereby VACATED. Judgment will be re-entered under the same terms and conditions as the original sentence to afford the Petitioner an opportunity to appeal.

3. The Clerk is directed to terminate any pending motions in the civil case and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on September 25, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-1094.terminate.wpd