# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:04-CR-164-T-30EAJ

**SANTOS ORDUNIZ**

_____/

# ORDER

**THIS CAUSE** came on to be considered upon Defendant's Motion to obtain copies without prepayment of fees or costs (Dkt. #94). The Defendant is requesting this Court to provide him, free of charge, a copy of a hearing transcript.

A federal prisoner seeking to collaterally attack his conviction is not automatically entitled to free transcripts. United States v. MacCollom, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, a defendant must identify a non-frivolous issue for which the transcript is necessary. Here, the Defendant has not identified such an issue.

The Court notes that if the Defendant intends to file a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255, his case appears to be time barred and he will need to address the issue of timeliness in such petition.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion to obtain copies without prepayment of fees or costs (Dkt. #94) is DENIED without prejudice. Once

Defendant identifies a particularized need for such transcript, the issue will be reconsidered by this Court.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2004\04-cr-164.orduniz 94.wpd